UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Kyle Akridge Pace,

_____,

_____,
*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 3:20cv3762-TKW/EMT
*(To be filled in by the Clerk's Office)*

v.

Jack Links,

Links Snacks Inc.,
*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Jury Trial Requested?
☒ YES  ☒ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: __Kyle Akridge Pace__

   Address: __7471 Shenandoah Rd.__

   City, State, and Zip Code: __Pensacola FL, 32526__

   Telephone: __850-497-5079__ *(Home)* _____ *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: __Links Snacks Inc.__

   Official Position: __Company__

   Employed at: __Link Snacks Inc.__

   Mailing Address: __1 Snack Food Lane,__
   __Minong, WI 54859__

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☒ Federal Officials (*Bivens case*)     ☒ State/Local Officials *(§ 1983 case)*

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

Contents of Shredded Jerky chew contain Poison and or Superbugs. Purchased Shredded Jerky Chew on 2/27/2020 These superbugs are Federal audio and Video, Which lets people get into me.

**Factual Allegations, Continued** *(Page ___ of ___)*

I'm Asking Jack-Links/Link Snack Inc. to back that I am not scammed and or killed through these Superbugs for the rest of my life. Link snacks has programmed me through my neurons, my medication, and the chip in my toe. They have been programming me for 10 plus years. Put funds in Gulf Winds Credit Union in Kyle Akridge Pace.

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

All of Them.

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

Ive bought Jack Links items for 10 years and its always had this issue. Seeking $500,000 dollars for being poisoned, causes indigestion and stomach bug everytime. Im programed through these superbugs and have been everytime. Refund me yearly.

NDFL Pro Se 15 (Rev 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

6

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 2/27  Plaintiff's Signature: *Kyle A. Pace*

Printed Name of Plaintiff: Kyle A. Pace

Address: 7471 Shenandoah Rd.

E-Mail Address: Pace8311@gmail.com

Telephone Number: __850-497-5079__

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*