## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KYLE AKRIDGE PACE,**

> **Plaintiff,**

**v.**                                               **Case No. 3:20cv3762-TKW-EMT**

**JACK LINKS SNACKS, INC.,**

> **Defendant.**

_____/

## <u>O R D E R</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is frivolous. Accordingly, it is

**ORDERED** that this case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 11th day of May, 2020.

_T. Kent Wetherell, II_

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**